# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS J. MOORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, ) <br> ) <br> Defendant. ) <br> ) | Case No. 22-cv-00010 (APM) |
| BOBBY TABRON & DEDIVINE K. CARTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, ) <br> ) <br> Defendant. ) <br> ) | Case No. 22-cv-00011 (APM) |
| BRIANA KIRKLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, ) <br> ) <br> Defendant. ) <br> ) | Case No. 22-cv-00034 (APM) |

## **ORDER**

In these three matters, four U.S. Capitol Police officers have sued former President Donald J. Trump for damages arising from injuries they sustained during the events of

January 6, 2021, at the U.S. Capitol Building.  Plaintiffs' allegations and claims are the largely the same as those advanced by the U.S. Capitol Police plaintiffs in *Blassingame v. Trump*, No. 21-cv-858, (APM) (D.D.C.), ECF No. 1.  In nearly identically worded motions, President Trump has moved to dismiss all three actions on one ground:  he is absolutely immune from suit because the acts complained of fall within the "outer perimeter" of his presidential responsibilities.  *See* Def.'s Mot. to Dismiss, *Moore v. Trump*, No. 22-cv-00010 (APM) (D.D.C.), ECF No. 16; Def.'s Mot. to Dismiss, *Tabron v. Trump*, No. 22-cv-00011 (APM) (D.D.C.), ECF No. 9; Def.'s Mot. to Dismiss, *Kirkland v. Trump*, No. 22-cv-00034 (APM) (D.D.C.), ECF No. 10.

      The court already rejected President Trump's assertion of immunity in *Blassingame*.  *See Thompson v. Trump*, No. 21-cv-00400 (APM), 2022 WL 503384, at *11–18 (D.D.C. Feb. 18, 2022).  The court does so again.  The court does not needlessly repeat its reasoning here, but simply adopts and incorporates it by reference.  *See generally id.* at *18 (holding that Defendant Trump's alleged actions "entirely concern[ed] his efforts to remain in office for a second term" and therefore do not fall within the "outer perimeter" of a president's official responsibilities).  Accordingly, President Trump's motions to dismiss are denied.

Dated:  August 2, 2022

                                              Amit P. Mehta
                                              United States District Court Judge