**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE *et al.*, <br>        *Plaintiffs*, <br>     v. <br> DONALD J. TRUMP *et al.*, <br>        *Defendants*. | Case No. 21-cv-00400 (APM) <br> (lead case) |
| ERIC SWALWELL, <br>        *Plaintiff*, <br>     v. <br> DONALD J. TRUMP *et al.*, <br>        *Defendants*. | Case No. 21-cv-00586 (APM) <br> (consolidated case) |
| JAMES BLASSINGAME *et. al.*, <br>        *Plaintiffs*, <br>     v. <br> DONALD J. TRUMP, <br>        *Defendant*. | Case No. 21-cv-00858 (APM) <br> (consolidated case) |
| CONRAD SMITH *et al.*, <br>        *Plaintiffs*, <br>     v. <br> DONALD J. TRUMP *et al.*, <br>        *Defendants*. | Case No. 21-cv-02265 (APM) <br> (consolidated case) |
| MARCUS J. MOORE *et al.*, <br>        *Plaintiffs*, <br>     v. <br> DONALD J. TRUMP, <br>        *Defendant*. | Case No. 22-cv-00010 (APM) <br> (consolidated case) |

| | |
|---|---|
| BOBBY TABRON *et al.*,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>   *Defendants*. | Case No. 22-cv-00011 (APM)<br><br>(consolidated case) |
| BRIANA KIRKLAND,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant*. | Case No. 22-cv-00034 (APM)<br><br>(consolidated case) |
| SANDRA GARZA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP *et al.*,<br><br>   *Defendants*. | Case No. 23-cv-00038 (APM)<br><br>(consolidated case) |

## JOINT STATUS REPORT

The parties report that immunity-related discovery is proceeding cooperatively. More specifically:

- Plaintiffs have been negotiating the production related to Rule 45 subpoenas issued to non-party witnesses.

- On July 10, 2024, Plaintiffs provided responses and objections to Defendant Trump's first set of interrogatories and requests for production.

- On July 19, 2024, Defendant Trump issued a *Touhy* request to the Department of Interior.

- On July 22, Defendant Trump provided responses and objections to Plaintiffs' second set of requests for admission, as well as updated responses to Plaintiffs' first set of interrogatories.

2

**Plaintiffs' Position**

Plaintiffs believe that discovery related to immunity can be completed by Defendant Trump and all Plaintiffs by the current deadline of September 11, 2024.

Given the amount of publicly available information on facts bearing on the immunity question, this is not an inquiry that requires extensive additional document discovery. Regardless, however, Defendant Trump has not provided a "concrete showing of good cause" that would merit an extension of time. ECF No. 109 at 1. Defendant Trump has yet to demonstrate, and Plaintiffs do not know at this time, what information would be obtained in response to Defendant Trump's subpoenas to the government that would be relevant to his immunity defense or necessary before he takes any depositions.

Absent a showing that these materials are necessary to his immunity defense and to conducting depositions of the witnesses he identified in his proffer, Defendant Trump cannot be said to have provided a "concrete showing of good cause" to extend the discovery deadline.

Plaintiffs also request that the Court order that the Parties disclose at least thirty (30) days before the current immunity discovery deadline any witnesses from whom either Party intends to submit a declaration or other sworn statement in order to permit time to depose any of those witnesses within the current discovery schedule.

**Defendant Trump's Position**

President Trump reports that delay in producing documents by the federal government is creating significant difficulties in proceeding with and completing discovery within the time frame set by the Court. As noted in the parties' most recent Joint Status Report, on May 21, 2024, and June 18, 2024, President Trump served Rule 45 subpoenas on federal agencies, the National Archives and Records Administration (NARA) and the Department of the Interior,

respectively. Neither has produced any documents, let alone fully complied with the discovery requests.

President Trump has been diligently working with the agencies to find a timely path forward in an attempt to address their objections without involving the Court. This appears to have been at least partially successful. On July 25, 2024, after substantial back-and-forth about NARA's objections to the subpoenas, the DOJ lawyer representing NARA indicated that an employee of "NARA will be in communication regarding the specifics of your request moving forward." And late on the afternoon of July 26, 2024, that employee informed President Trump's counsel that NARA had "begun searching for responsive records." With respect to the Department of the Interior, President Trump restyled and resubmitted his subpoena as a *Touhy* request and substantially narrowed the scope and scale of his requests in response to issues raised by counsel for the Department. President Trump is currently awaiting a further response from Interior's counsel. To be clear, President Trump will not hesitate to seek this Court's intervention should necessary and routine good faith negotiations fail to resolve any discovery dispute.

While President Trump has thus been working with the government to respond to the issues that it has raised in response to the subpoenas—with some degree of success—the federal government's continuing delay has nonetheless created a serious impediment to completing discovery on the original schedule. Most notably, without access to the relevant documents that are currently in the exclusive possession of the government, it is not practicable to notice and conduct depositions of current or former government officials.

President Trump will continue to seek to move discovery forward and hopes that it will be possible to get the government to produce the necessary documents without moving to compel. But, in light of the delays posed by the federal government's failure to produce any

documents to date, President Trump anticipates needing additional time to complete discovery and intends to file a motion to that effect prior to the parties' next scheduled joint status report when he has a better sense of what documents are likely to be forthcoming from the government and when.

As for the need for the documents sought, Plaintiffs' position appears to rest on the unrealistic assertion that the former President of the United States has an intimate and encyclopedic knowledge of how the lower level government officials and employees tasked with organizing various aspects of an event did so. He doesn't. Nor, given that he doesn't know what is in those documents before he has any opportunity to review them, is it reasonable to demand that he make a showing concerning what precisely they will prove. Nor, given the fact that President Trump does not—and cannot—know what is in the documents that are in the exclusive possession of the government is it reasonable to demand that he irrevocably determine at this point what testimony he will seek to use, since that determination necessarily depends on the content of the documents he has thus far been denied by the government's production delays.

Dated: July 29, 2024                                    Respectfully submitted,

/s/ *Joseph Sellers*                                    /s/ *David Warrington*
Joseph M. Sellers, Bar No. 318410                       David A. Warrington
Brian Corman, Bar No. 1008635                           D.C. Bar No. 1616846
Alison S. Deich, Bar No. 1572878                        Jonathan M. Shaw
COHEN MILSTEIN SELLERS & TOLL                           D.C. Bar No. 446249
PLLC                                                    Gary M. Lawkowski
1100 New York Avenue N.W. Fifth Floor                   D.C. Bar No. 1781747
Washington, D.C. 20005                                  DHILLON LAW GROUP, INC.
Telephone: 202-408-4600                                 2121 Eisenhower Ave, Suite 402
Facsimile: 202-408-4699                                 Alexandria, Virginia 22314
jsellers@cohenmilstein.com                              Telephone: (703) 574-1206
bcorman@cohenmilstein.com                               Facsimile: (415) 520-6593
adeich@cohenmilstein.com                                dwarrington@dhillonlaw.com
                                                        jshaw@dhllonlaw.com
                                                        glawkowski@dhllonlaw.com

5

Janette McCarthy-Wallace, Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
Anna Kathryn Barnes Barry,
D.C. Bar No. 1719493
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

/s/ *Matthew Kaiser*
Matthew Kaiser, D.C. Bar No. 486272
Sarah Fink, D.C. Bar No. 166663
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
sfink@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com
*Attorneys for Plaintiff Eric Swalwell*

Jesse R. Binnall VA022
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Telephone: (703) 888-1943
Facsimile: (703) 888-1930
jesse@binnall.com

*Attorneys for Defendant Donald J. Trump*

/s/ *Patrick Malone*
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
(application for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland (Bar No. MD0141)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org

Genevieve C. Nadeau, Bar No. 979410
UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame and Sidney Hemby*

/s/ *Edward Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Telephone: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, pro hac vice
Joshua S. Margolin, pro hac vice
Claire O'Brien, pro hac vice
Elizabeth H. Snow, pro hac vice
Babak Ghafarzade, pro hac vice
Esther D. Ness, pro hac vice
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
bghafarzade@selendygay.com
eness@selendygay.com

William J. Blechman, pro hac vice
Elizabeth B. Honkonen, pro hac vice
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

*Attorneys for Plaintiffs Conrad Smith, et al*.

/s/ *Mark Zaid*
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*

/s/ *Patrick Malone*
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

*Attorneys for Plaintiffs Marcus J. Moore et al.;*
*Bobby Tabron et al.; and Briana Kirkland*