**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. LEE et al., | |
| Plaintiffs, | |
| v. | Case No. 21-cv-00400 (APM) |
| DONALD J. TRUMP et al., | (lead case) |
| Defendants. | |
| | |
| ERIC SWALWELL, | |
| Plaintiff, | |
| v. | Case No. 21-cv-00586 (APM) |
| DONALD J. TRUMP et al., | (consolidated case) |
| Defendants. | |
| | |
| JAMES BLASSINGAME et al., | |
| Plaintiffs, | |
| v. | Case No. 21-cv-00858 (APM) |
| DONALD J. TRUMP, | (consolidated case) |
| Defendant. | |
| | |
| CONRAD SMITH et al., | |
| Plaintiffs, | |
| v. | Case No. 21-cv-02265 (APM) |
| DONALD J. TRUMP et al., | (consolidated case) |
| Defendants. | |

MARCUS J. MOORE et al.,

                    Plaintiffs,

          v.

DONALD J. TRUMP,

                    Defendant.

Case No. 22-cv-00010 (APM)

(consolidated case)

---

BOBBY TABRON et al.,

                    Plaintiffs,

          v.

DONALD J. TRUMP,

                    Defendant.

Case No. 22-cv-00011 (APM)

(consolidated case)

---

BRIANA KIRKLAND,

                    Plaintiff,

          v.

DONALD J. TRUMP,

                    Defendant.

Case No. 22-cv-00034 (APM)

(consolidated case)

---

SANDRA GARZA,

                    Plaintiff,

          v.

DONALD J. TRUMP et al.,

                    Defendants.

Case No. 22-cv-00038 (APM)

(consolidated case)

**<ins>PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO RESCHEDULE
HEARING FOR JANUARY 12, 2026, OR NEXT AVAILABLE DATE THEREAFTER</ins>**

Pursuant to Local Rule 16.1, Plaintiffs in the above-titled consolidated actions respectfully oppose Defendant Donald J. Trump's request to reschedule the hearing for argument on the issue of Presidential Immunity and other pending matters. The hearing is currently scheduled to take place next Friday, December 19, 2025, and Defendant has requested its postponement until January 12, 2026, or the next available date thereafter.

In support of their opposition, Plaintiffs state as follows:

1.     On November 21, 2025, the Court instructed counsel to hold December 19, 2025, for argument on the issue of Presidential Immunity.

2.     Prior to setting this date, the Court inquired of all counsel to confirm that December 19, 2025, was an available date for the argument and all counsel—for Defendant, for the United States, and for Plaintiffs—agreed to that date.

3.     By scheduling the hearing for December 19, 2025, the Court specifically accommodated the unavailability of Defendant's counsel for several dates earlier in December, which had previously been represented to the Court.

4.     At no time prior to the filing of their Motion (Dkt. 199) less than two weeks from the hearing date did Defendant's counsel indicate there was any possibility that they may seek to reschedule the December 19 argument, including at the Court's most recent status conference held on December 3, 2025, during which the structure and logistics for the upcoming hearing were discussed by all participants.

5.     Ordinarily, the Plaintiffs would try to accommodate a schedule change requested by opposing counsel.  Here, however, Plaintiffs' counsel cleared their schedules to prepare for this hearing, relying on the date set by the Court and are deeply engaged in preparation for the hearing. Some of our clients have also rearranged their schedules in order to attend the hearing on the date

scheduled.

6.     The Plaintiffs also understand that the Court has a major trial scheduled to commence in January, making it uncertain whether the hearing can be accommodated in mid-January—or at any reliably proximate date. Rather than the "modest change" in the hearing date that the Defendants propose, therefore, postponement of this hearing may lead to a significant delay. As these cases are nearly five years old, no further delay should be allowed to resolve the pivotal, threshold issue whether President Trump is entitled to immunity from suit.[1]

7.     As a general matter, the unavailability of a preferred attorney is not a sufficient basis to postpone a hearing. *See United States v. Eiland*, 738 F.3d 338, 355 (D.C. Cir. 2013). The decision to select counsel who is unavailable on the set date is a matter within Defendant's control, and Defendant has had ample time and notice to staff the argument with counsel who will be available for the date on which all counsel agreed—such as the defense counsel of record for the briefing on the immunity question and other pending matters, and who thus have extensive knowledge of these issues. It would be unreasonable to postpone the hearing to a later date after the Court and all Parties agreed to the current date, solely because Defendant at this late hour has hired another lawyer to present arguments at the hearing.

8.     Accordingly, Plaintiffs respectfully request that the Court deny Defendant's Motion and preserve the presently scheduled hearing date of December 19, 2025.

Dated: December 9, 2025                          Respectfully submitted,


                                                 */s/ Joseph Sellers*_____
                                                 Joseph M. Sellers, Bar No. 318410
                                                 Brian Corman, Bar No. 1008635

---

[1] As Plaintiffs informed counsel for President Trump, one of the attorneys preparing for this argument has scheduled a vacation, relying on the current scheduled hearing date, and will not return until January 12, 2026.

Alison S. Deich, Bar No. 1572878
Nina Jaffe-Geffner, Bar No. 90011459
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue N.W.
Eighth Floor Washington, D.C. 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
jsellers@cohenmilstein.com
bcorman@cohenmilstein.com
adeich@cohenmilstein.com
njaffegeffner@cohenmilstein.com

Janette McCarthy-Wallace, Bar No.
OH066257
Anthony P. Ashton, Bar No. MD25220
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

*/s/ Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
Marc P. Epstein, D.C. Bar No. 90003967
 LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, DC 20005
Telephone: 202-662-8600
ecaspar@lawyerscommittee.org
mepstein@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com

5

bghafarzade@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
Jeffrey Todd Foreman, *pro hac vice*
SPERLING KENNY NACHWALTER
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305-373-1000
wblechman@sperlingkenny.com
ebh@sperlingkenny.com
jtf@sperlingkenny.com

*Attorneys for Plaintiffs Conrad Smith, et al.*


/s/ Matthew Kaiser
Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
KAISER PLLC
1099 Fourteenth Street N.W.
8th Floor Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
bozinsky@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Eric Swalwell*


/s/ Patrick Malone
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556 (application
for admission forthcoming)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500

6

Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com
Cameron Kistler, Bar No. 1008922
Kristy Parker, Bar No. 1542111
Erica Newland (Bar No. MD0141)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Avenue N.W. #163
Washington, D.C. 20006
Telephone: 202-579-4582
cameron.kistler@protectdemocracy.org
kristy.parker@protectdemocracy.org
erica.newland@protectdemocracy.org

Genevieve C. Nadeau, Bar No. 979410
UNITED TO PROTECT DEMOCRACY
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: 202-579-4582
genevieve.nadeau@protectdemocracy.org

*Attorneys for Plaintiffs James Blassingame
and Sidney Hemby*


*/s/ Mark Zaid*
Mark S. Zaid, Esq., D.C. Bar No. 440532
Bradley P. Moss, Esq., D.C. Bar No. 975905
MARK S. ZAID, P.C.
1250 Connecticut Avenue N.W. Suite 700
Washington, D.C. 20036
Telephone: 202-498-0011
Facsimile: 202-330-5610
Mark@MarkZaid.com
Brad@MarkZaid.com

Matthew Kaiser, D.C. Bar No. 486272
Noah Brozinsky, D.C. Bar No. 1655789
Daniel Csigirinszkij, D.C. Bar No. 90017805
KAISER PLLC
1099 Fourteenth Street N.W. 8th Floor
Washington, D.C. 20005
Telephone: 202-640-2850
mkaiser@kaiserlaw.com
nbrozinsky@kaiserlaw.com
dcsigirinszkij@kaiserlaw.com

Philip Andonian, D.C. Bar No. 490792
Joseph Caleb, D.C. Bar No. 495383
CALEBANDONIAN PLLC
1100 H Street N.W. Suite 315
Washington, D.C. 20005
Telephone: 202-953-9850
phil@calebandonian.com
joe@calebandonian.com

*Attorneys for Plaintiff Sandra Garza*


*/s/ Patrick Malone*
Patrick A. Malone, Bar No. 397142
Daniel Scialpi, Bar No. 997556
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street N.W. Suite 800
Washington, D.C. 20005
Telephone: 202-742-1500
Facsimile: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com

*Attorneys for Plaintiffs Marcus J. Moore et
al.; Bobby Tabron et al.; and Briana Kirkland*

## CERTIFICATE OF SERVICE

I certify that on December 9, 2025, a copy of the foregoing was filed with the Clerk of

Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Joseph Sellers*
Joseph Sellers