IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. LEE *et al.*,<br><br>           *Plaintiffs*,<br><br>      v.<br><br>DONALD J. TRUMP *et al.*,<br><br>           *Defendants*. | Case No. 21-cv-00400 (APM) (lead case)<br><br>*Consolidated with* Case Nos.<br>    21-cv-00586 (APM)<br>    21-cv-00858 (APM)<br>    21-cv-02265 (APM)<br>    22-cv-00010 (APM)<br>    22-cv-00011 (APM)<br>    22-cv-00034 (APM)<br>    23-cv-00038 (APM) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and President Donald J. Trump (collectively, the "Parties") hereby stipulate that Karen R. Bass shall be dismissed with prejudice as a plaintiff in the above-titled matter, Case No. 21-cv-00400 (APM). The Parties further stipulate that both sides shall bear their own attorneys' fees and costs with respect to the claims of Ms. Bass.

Dated: December 23, 2025

STIPULATED AND AGREED TO:

Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan M. Shaw*<br>Jonathan M. Shaw<br>D.C. Bar No. 446249<br>**DHILLON LAW GROUP, INC.**<br>2121 Eisenhower Ave, Suite 608<br>Alexandria, Virginia 22314<br>Telephone: (703) 574-1206<br>Facsimile: (415) 520-6593<br>jshaw@dhillonlaw.com<br><br>*Counsel for President Donald J. Trump* | */s/ Joseph Sellers*<br>Joseph M. Sellers, Bar No. 318410<br>Brian Corman, Bar No. 1008635<br>Alison S. Deich, Bar No. 1572878<br>Nina Jaffe-Geffner, Bar No. 90011459<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue N.W., Eighth Floor<br>Washington, D.C. 20005<br>Telephone: 202-408-4600<br>Facsimile: 202-408-4699<br>jsellers@cohenmilstein.com<br>bcorman@cohenmilstein.com<br>adeich@cohenmilstein.com |

1

njaffegeffner@cohenmilstein.com

Janette McCarthy-Wallace, Bar No. OH066257
Anthony P. Ashton, Bar No. MD25220
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: 410-580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

*Attorneys for Plaintiffs Barbara J. Lee, et al.*

**IT IS SO ORDERED.**

Dated: _____     _____
United States District Judge